


TMS/NAM:  USAO 2013R00562

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.    **JFM 14 CR 0188** |
| | * | |
| STEPHEN TODD ALLEN, | * | (Conspiracy to Distribute and Possess |
| a/k/a "Todd," | * | With Intent to Distribute |
| RONALD EMERY WARREN, | * | Methamphetamine, 21 U.S.C. § 846; |
| a/k/a "Ron," | * | Forfeiture, 21 U.S.C. § 853) |
| JOHN FRANCIS LACEY III, | * | |
| a/k/a "Jay," | * | |
| JENNIFER MARIE RICHMAN, | * | |
| a/k/a "Big Red," | * | |
| JAMES BARFIELD, | * | _____ FILED  _____ ENTERED |
| GREGORY HAMILTON, | * | _____ LODGED _____ RECEIVED |
| MICHAEL HOWARD, | * | |
| STEPHEN MYERS, and | * | APR 2 1 2014 |
| JONATHAN LEON NEILL, | * | |
| | * | AT GREENBELT |
| Defendants | * | CLERK U.S. DISTRICT COURT |
| | * | BY            DISTRICT OF MARYLAND       DEPUTY |
| | * | |

*******

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

Between in and about July 2013 and in or about April 2014, in the District of Maryland

and elsewhere, the defendants,

**STEPHEN TODD ALLEN,**
a/k/a "Todd,"
**RONALD EMERY WARREN,**
a/k/a "Ron,"
**JOHN FRANCIS LACEY III,**
a/k/a "Jay,"
**JENNIFER MARIE RICHMAN,**
a/k/a "Big Red,"
**JAMES BARFIELD,**

**GREGORY HAMILTON,**
**MICHAEL HOWARD,**
**STEPHEN MYERS, and**
**JONATHAN LEON NEILL,**

did knowingly combine, conspire, confederate and agree with others known and unknown to the

Grand Jury to distribute and possess with intent to distribute 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1.      As a result of the offense set forth in Count One of this Indictment, the

defendants,

**STEPHEN TODD ALLEN,**
**a/k/a "Todd,"**
**RONALD EMERY WARREN,**
**a/k/a "Ron,"**
**JOHN FRANCIS LACEY III,**
**a/k/a "Jay,"**
**JENNIFER MARIE RICHMAN,**
**a/k/a "Big Red,"**
**JAMES BARFIELD,**
**GREGORY HAMILTON,**
**MICHAEL HOWARD,**
**STEPHEN MYERS, and**
**JONATHAN LEON NEILL,**

shall forfeit to the United States any property constituting, or derived from, any proceeds

obtained, directly or indirectly, as the result of such offense and any property used, or intended to

be used, in any manner or part, to commit, or to facilitate the commission of, the charged

offense.  The property to be forfeited includes, but is not limited to, $1,377,600 in United States

currency.

2.      If, as a result of any act or omission of the defendants, any such property subject

to forfeiture:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be

3

subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p).


21 U.S.C. § 853


Rod J. Rosenstein
United States Attorney


A TRUE BILL

( **SIGNATURE REDACTED** )

Foreperson